# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SHANETTE JENKINS-PARKS, <br>     Plaintiff, <br><br> v. <br><br> CREDIT COLLECTION SERVICES, <br>     Defendant. | ) <br> ) <br> ) <br> )    No. 2:25-cv-02204-SHL-tmp <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff Shanette Jenkins-Parks' Notice of Voluntary Dismissal Without Prejudice, filed September 29, 2025. (ECF No. 11.)

A "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . . Unless the notice . . . states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(A)(i), 41(a)(1)(B). Here, Plaintiff has timely filed her notice of voluntary dismissal. This action is therefore **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED,** this 3rd day of October, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE